# Court of Appeals
# of the State of Georgia

ATLANTA,  August 15, 2012

*The Court of Appeals hereby passes the following order:*

## A12A2426.  ANGELA JOHNSON, et al. v. GIRL SCOUTS OF GREATER ATLANTA, INC., et al.

Angela Johnson filed suit against the Girl Scouts of Greater Atlanta, Inc., and two of its troop leaders after her daughters were expelled from their girl scout troop. By order entered February 1, 2012, the trial court dismissed Johnson's complaint. Johnson filed a motion for reconsideration from this ruling.  The trial court denied this motion on March 13, 2012, and Johnson filed a notice of appeal on April 13, 2012.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  Although Johnson had a right to appeal the trial court's February 1, 2012 order dismissing her complaint, she does not have the right to appeal the trial court's denial of her motion for reconsideration.  The denial of a motion for reconsideration is not directly appealable, and the filing of such a motion does not extend the time for filing an appeal.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985).  Johnson's failure to file a notice of appeal within 30 days of the trial court's February 1, 2012, order renders the appeal untimely.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* <u>08/15/2012</u>
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*